```
                   IN THE UNITED STATES DISTRICT COURT
                    FOR THE SOUTHERN DISTRICT OF OHIO
                              EASTERN DIVISION
```

United States of America

    v.                                        2:12-cr-53

Bruce E. Clark

<u>ORDER</u>

There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (Doc. 12) that the defendant's guilty plea be accepted. The court accepts the defendant's plea of guilty to Counts 1 and 2 of the information, and he is hereby adjudged guilty on those counts. The court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: April 10, 2012                        s\James L. Graham
                                          James L. Graham
                                          United States District Judge